# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BERL LYON, | ) | Case No. 2:16-cv-02122-JCM-VCF |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| O'REILLY AUTO ENTERPRISES, LLC, | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendant's motion for an order excusing the physical attendance of its representative with binding settlement authority at the early neutral evaluation scheduled for December 21, 2016. Docket No. 10. The Court hereby **SETS** a telephonic hearing on this motion for October 31, 2016, at 9:00 a.m. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: October 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge