# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| BERL LYON,<br><br>                Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC,<br><br>                Defendant. | Case No. 2:16-cv-02122-JCM-VCF<br><br>**ORDER**<br><br>(Docket No. 14) |

      Pending before the Court is the parties' stipulation to continue the Early Neutral Evaluation ("ENE") set for December 21, 2016 (Docket No. 24), which is hereby **GRANTED**. The ENE is hereby **CONTINUED** to 9:30 a.m. on January 20, 2017. The parties' confidential ENE statements shall be submitted no later than January 13, 2017. All other requirements set forth in the order at Docket No. 9 continue to govern the ENE.

      IT IS SO ORDERED.

      Dated: November 14, 2016

                                                      _____<br>                                                      NANCY J. KOPPE<br>                                                      United States Magistrate Judge