MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com
trichards@blgwins.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERL LYON, an individual, | Case No.: 2:16-cv-02122-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| O'REILLY AUTO ENTERPRISES, LLC doing business as O'REILLY AUTO PARTS, a Delaware Limited Liability Company, | |
| Defendants. | |

Plaintiff Berl Lyon ("Plaintiff") and Defendant O'Reilly Auto Enterprises, LLC doing business as O'Reilly Auto Parts ("Defendant") hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///
///
///
///
///
///
///
///

- 1 -

Each party shall bear it's own costs and attorney's fees.

DATED the 17th day of February, 2017    DATED the 17th day of February, 2017

**THE BOURASSA LAW GROUP**    **FISHER & PHILLIPS LLP**

*/s/ Mark J. Bourassa, Esq.*
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas NV 89117
Telephone: 702-851-2180
Facsimile: 702-851-2189
*Attorneys for Plaintiff*

*/s/ Scott M. Mahoney, Esq.*
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S Fourth St, Suite 1500
Las Vegas NV 89101
Telephone: 702-252-3131
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated February 22, 2017.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-02122-JCM-VCF